433 F.2d 347
 Wilfred Charles LaHAYE, Plaintiff-Appellant,
v.
The DOW CHEMICAL COMPANY, Inc., and the American Insurance
Company, Defendants-Appellees.
 No. 29855.
 United States Court of Appeals, Fifth Circuit.
 Oct. 14, 1970, Rehearing Denied Nov. 17, 1970.
 
 Edgar N. Quillin, Arabi, La., Wayne C. Giordano, Belle Chasse, La., for Plaintiff-appellant.
 Stanley E. Loeb, New Orleans, La., for defendants-appellees.
 Appeal from United States District Court, Eastern District of Louisiana; Herbert W. Christenberry, District Judge.
 Before TUTTLE, BELL and GOLDBERG, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966